**Order entered August 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00817-CV

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellant**

**V.**

**CARLOTTA HOWARD, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13467**

## ORDER

The Court has before it appellant's August 13, 2013 motion for stay of proceedings and appellee's August 19, 2013 response to that motion. We **DENY** the motion to stay.

        /s/     ELIZABETH LANG-MIERS
                JUSTICE